**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

In re:

David Mark Marshall,

            Debtor

Chapter 13
Case No. 19-10531

## ORDER DENYING MOTION FOR CONTINUATION OF AUTOMATIC STAY AND REQUEST FOR EXPEDITED HEARING

On October 30, 2019, the debtor filed a Motion for Continuation of Automatic Stay [Dkt. No. 16] (the "Motion to Continue"), asking the Court to issue an order under 11 U.S.C. § 362(c)(3)(B) extending the automatic stay provided by 11 U.S.C. § 362(a) in this chapter 13 case as to all creditors. That same date, the debtor also filed a Request for Expedited Consideration or Hearing [Dkt. No. 17] (the "Motion to Expedite"), seeking an expedited hearing on the Motion to Continue. The Motion to Continue and the Motion to Expedite are hereby DENIED. The stay is not set to terminate in this case under 11 U.S.C. § 362(c)(3)(A) on the 30th day after the petition date because Mr. Marshall did not have a single or joint case under chapter 7, 11, or 13 dismissed within the year before the petition date. For this reason, Mr. Marshall does not need to seek a continuation of the automatic stay under 11 U.S.C. § 362(c)(3)(B) and there is no need for an expedited hearing.

Dated: November 1, 2019

Michael A. Fagone
United States Bankruptcy Judge
District of Maine